Charles R. Jacob III (CJ-4143)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN ADVISORS LLC,

                Plaintiff,

-against-

DREAM HOUSE MORTGAGE
CORPORATION and JOHN PONTE,

                Defendants.

JUDGE GRIESA

07 CIV 4831

07 Civ. _____ ( )

**RULE 7.1 STATEMENT**


RECEIVED
JUN 06 2007
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to Fed. R. Civ. P. 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Terwin Advisors LLC, a nongovernmental corporate party, certifies that no publicly held corporation holds ten (10) percent or more of its stock.

Dated: June 6, 2007

                MILLER & WRUBEL P.C.

                By: _____
                     Charles R. Jacob III (CJ-4143)
                     250 Park Avenue
                     New York, New York 10177
                     (212) 336-3500

                     Attorneys for Plaintiff
                     Terwin Advisors LLC

Index No.:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TERWIN ADVISORS LLC,

                 Plaintiff,

-against-

DREAM HOUSE MORTGAGE
CORPORATION and JOHN PONTE,

                 Defendants.

**RULE 7.1 STATEMENT**

MILLER & WRUBEL P. C.
250 PARK AVENUE
NEW YORK, NEW YORK 10177-0699
(212) 336-3500

**Attorneys for**
Plaintiff