**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TERWIN ADVISORS LLC,

              Plaintiff,

              -against-

DREAM HOUSE MORTGAGE
CORPORATION and JOHN PONTE,

              Defendants.
------------------------------------------------------------X

Case No. 07 CIV 4831
(Judge Griesa)

AFFIDAVIT OF SERVICE

STATE OF RHODE ISLAND   )
              S.S.:
COUNTY OF PROVIDENCE   )

        PAUL G. HUGHES, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

        That on the 8th day of June, 2007, at approximately the time of 11:40 AM, deponent served a true copy of the SUMMONS IN A CIVIL CASE; COMPLAINT; RULE 7 1 STATEMENT; AND CIVIL COVER SHEET upon DREAM HOUSE MORTGAGE CORPORATION at 385 South Main Street, Providence, RI, by personally delivering and leaving the same with JOHN PONTE who informed deponent that he holds the position of President with that company and is authorized by law to receive service at that address.

        JOHN PONTE is a white male, approximately 42 years of age, stands approximately 5 feet 9 inches tall, weighs approximately 175 pounds with brown hair.

_/s/ Paul G. Hughes_
PAUL G. HUGHES
Rhode Island Constable

Sworn to before me this
13 day of June, 2007

_/s/ S. L. Mallinson_
NOTARY PUBLIC

S. L. MALLINSON, Notary Public
State of RI and Providence Plantations
My Commission Expires 8/16/2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com