Charles R. Jacob III (CJ-4143)
Guy S. Halperin (GH-4502)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERWIN ADVISORS LLC,<br><br>                        Plaintiff,<br><br>    -against-<br><br>DREAM HOUSE MORTGAGE<br>CORPORATION and JOHN PONTE,<br><br>                        Defendants. | 07 Civ. 4831 (TPG)<br><br>**STIPULATION AND ORDER**<br>**ENLARGING DEFENDANTS'**<br>**TIME TO ANSWER** |

WHEREAS, plaintiff Terwin Advisors LLC ("Plaintiff") and defendants Dream House Mortgage Corporation and John Ponte ("Defendants") have entered into a settlement agreement, dated June 26, 2007, a copy of which is attached hereto as Exhibit A;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants that the time for Defendants to file their answer or otherwise respond to the Complaint in this action is extended to and including August 24, 2007.

Returned to chambers for scanning on 7/18/07
Scanned by  mbers on

DATED: New York, New York
June 26, 2007

| | |
|---|---|
| MILLER & WRUBEL P.C.<br>Attorneys for Plaintiff<br>Terwin Advisors LLC | THE HALPERIN LAW FIRM, PLLC<br>Attorneys for Defendants<br>Dream House Mortgage Corporation<br>and John Ponte |
| By: *Charles R. Jacob*<br>Charles R. Jacob, Esq.<br>250 Park Avenue<br>New York, New York 10177 | By: *Guy Halperin*  w/ permission HCK<br>Guy S. Halperin, Esq.<br>964 Third Avenue<br>New York, New York 10155 |

SO ORDERED: 7/12/07

*Hon. Thomas P. Griesa, USDJ*

PART I