JE

GRIESA S.

Guy S. Halperin (GH-4502)
THE HALPERIN LAW FIRM, PLLC
964 Third Avenue
New York, NY 10155
(212) 751-7555

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERWIN ADVISORS LLC,
        Plaintiff

vs.                                    C.A. No. 07-Civ.-4831 (TPG)

DREAM HOUSE MORTGAGE
CORPORATION; and JOHN PONTE,
        Defendants.

---

### STIPULATION AND ORDER FOR ENLARGEMENT OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in the above-captioned action, that Defendants' time to answer or otherwise respond to the Plaintiff's Complaint is extended to November 19, 2007.

MILLER & WRUBEL P.C.
Attorneys for Plaintiff
Terwin Advisors, LLC

*[signature]*
By: Charles R. Jacob, III (CJ-4143)
250 Park Avenue
New York, NY 10177
(212) 336-3500

THE HALPERIN LAW FIRM, PLLC
Attorneys for Defendants
Dream House Mortgage Corporation
and John Ponte

*[signature] 8-31-07*
By: Guy S. Halperin (GH-4502)
964 Third Avenue
New York, NY 10155
(212) 751-7555

SO ORDERED:

*[signature]* Thomas P. Griesa 9/12/07
Hon. Thomas P. Griesa, USDJ