*Case Closed* (G. Ricca, J)

Charles R. Jacob III (CJ-4143)
MILLER & WRUBEL P.C.
250 Park Avenue
New York, New York 10177
(212) 336-3500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TERWIN ADVISORS LLC,

                Plaintiff,

-against-

DREAM HOUSE MORTGAGE
CORPORATION and JOHN PONTE,

                Defendants.

07 Civ. 4831 (TPG)
ECF CASE

**NOTICE OF DISMISSAL**

---

        Plaintiff Terwin Advisors LLC ("Terwin"), pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby voluntarily dismisses its claims in this action against defendants Dream House Mortgage Corporation and John Ponte, with prejudice to renewal of such claims.

Dated: November 20, 2007

                              MILLER & WRUBEL P.C.

                              By: _____
                              Charles R. Jacob III (CJ-4143)
                              250 Park Avenue
                              New York, New York 10177
                              (212) 336-3500

                              Attorneys for Plaintiff
                              Terwin Advisors LLC

SO ORDERED

_____
Thomas P. Griesa
U.S.D.J.
12/5/07